IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| INDIAN HARBOR INSURANCE COMPANY | §<br>§<br>§ | |
| Plaintiff, | §<br>§ | |
| vs. | §<br>§ | CIVIL ACTION NO. 4:11-cv-1846 |
| KB LONE STAR, INC. F/K/A LONE STAR AND L.P. F/K/A KAUFMAN & BROAD LONE STAR, L.P. | §<br>§<br>§<br>§ | |
| Defendants. | §<br>§ | |

## DEFENDANTS' MOTION TO DISMISS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(B)(7)

Defendants KB HOME Lone Star Inc., KB HOME Lone Star L.P., KB Lone Star, Inc.,

Lone Star, L.P., and Kaufman & Broad Lone Star, L.P. (collectively, "KB") file this motion to

dismiss pursuant to Federal Rule of Civil Procedure 12(b)(7) (failure to join a party under Rule

19).

ERIK D. BUZZARD
*ATTORNEY-IN-CHARGE*
Texas State Bar No. 24067954
Southern District Bar No. *Pending*
PALUMBO BERGSTROM LLP
17902 Von Karman Ave., Suite 500
Irvine, CA 92614
Telephone:  (877) 882-1979
Facsimile: (877) 251-1331
ATTORNEYS FOR DEFENDANTS KB HOME
Lone Star Inc., KB HOME Lone Star L.P., KB
Lone Star, Inc., Lone Star, L.P., and Kaufman &
Broad Lone Star, L.P.

ROBERT (BOB) BROWN
LOCAL COUNSEL
Texas State Bar No. 03164715
Southern District Bar No. 12854
DONATO, MINX, BROWN & POOL, P.C.
3200 SOUTHWEST FREEWAY, SUITE 2300
HOUSTON, TEXAS 77027
OFFICE 713-877-1112
FAX 713-871-1165

**TABLE OF CONTENTS**

INTRODUCTION…………………………………………………………………...…....1

MEET AND CONFER AVERMENT…………………………………………………...1

FACTUAL BACKGROUND ………………………...……………….…………….……2

ISSUES PRESENTED …………….....…………………………………........…….………4

STANDARDS OF REVIEW ………………………………………………....…….……4

ARGUMENT………………………………...……………………………...………………5

        A.    The Court Should Dismiss Indian Harbor's Claims in Their Entirety Pursuant to FRCP 12(b)(7) and based on Plaintiff's Improper Forum Shopping………………5

             1.     The DJA Should be Dismissed Pursuant to FRCP 12(b)(7)……………….5

             2.     The DJA Should be Dismissed as Indian Harbor is Improperly Forum Shopping………...……………………………………………………....9

CONCLUSION ……………………………………………………....……………...11

CERTIFICATE OF SERVICE………………………………………...………………………12

## TABLE OF AUTHORITIES

*Campbell v. Triangle Corp*
    56 FRD 480, 16 FR Serv 2d 649 (1972, ED Pa)………...…………………...……...…….6

*DB Entm't v. Windle*
    927 S.W.2d 283, 288 (Tex. App.—Fort Worth 1996, orig. proceeding [mand.dism'd])....9

*Doty v. St. Mary Parish Land Co.*
    598 F2d 855, 27 FR Serv 2d 978, 64 OGR 277 (1979, CA5 La)……………..…..……….7

*Freeman v. Marine Midland Bank-New York*
    419 F Supp 440, CCH Fed Secur L Rep P 95685 (1976, ED NY)…………..…….....……..6

*H & H International Corp. v. J. Pellechia Trucking, Inc.*
    119 FRD 352 (1988, SD NY)………………………………………….……...…..……..5

*Heinrich v. Goodyear Tire & Rubber Co.*
    532 F. Supp 1348, 33 FR Serv 2d 1117 (1982, DC Md)………………………….……….4

*Indian Harbor Ins. Co. v. Valley Forge Ins. Grp.*,
    535 F.3d 359 (5th Cir. 2008………………………………………………………………..6

*In re Houston Nw. Partners, Ltd.*
    98 S.W.3d 777, 780 (Tex. App.—Austin 2003, orig. proceeding [mand. Dism'd]) …..…..9

*Morrell v. McFarland*
    527 F. Supp 324 (1981, ND W Va)…………………………………………….........4

*Reliant Energy, Inc. v. Gonzalez*
    102 S.W.3d 868, 875 (Tex. App.—Houston [1st Dist.] 2003), aff'd, 159 W.W.3d 615
    (Tex. 2005)………………………………………………………………………….…..9

*Rojas v. Loewen Group Int'l*
    178 FRD 356 (1998 DC Puerto Rico)……………………………………………….…..5

*Trinity Universal Ins. Co. v. Employers Mut. Cas. Co.*
    592 F.3d 687, 695 (5th Cir. 2010…………………………………………………..6,8

*Walker v. Packer*
    827 S.W.2d 833, 849 n.3 (Tex 1992)……………………………….............…..9

### FEDERAL STATUTES

FED. R. CIV. P. 12(b) (7)…………………………………………………...…………1,4,5

FED. R. CIV. P. 19(a)…………………………………………………….…………...4,5

FED. R. CIV. P. 19(b)…………………………………………………...…………..5