IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| INDIAN HARBOR INSURANCE COMPANY | § § § | |
| Plaintiff, | § § | |
| vs. | § § | CIVIL ACTION NO. 4:11-cv-1846 |
| KB LONE STAR, INC. F/K/A LONE STAR AND L.P. F/K/A KAUFMAN & BROAD LONE STAR, L.P. | § § § § | |
| Defendants. | § § | |

**[PROPOSED] ORDER**

Defendants KB HOME Lone Star Inc., KB HOME Lone Star L.P., KB Lone Star, Inc., Lone Star, L.P., and Kaufman & Broad Lone Star, L.P. (collectively, "KB") have moved to dismiss Indian Harbor Insurance Company's complaint for declaratory judgment pursuant to Federal Rule of Civil Procedure 12(b)(7) (failure to join a party under Rule 19).

It is HEREBY ORDERED that:

KB's Motion to Dismiss pursuant to Federal Rule of Civil Procedure 12(b)(7) is GRANTED and Indian Harbor's complaint seeking declaratory judgment is dismissed.

SIGNED at Houston, Texas on this the _____ day of _____, 2011

_____
Honorable Melinda Harmon
United States District Judge