IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| INDIAN HARBOR INSURANCE COMPANY<br>　　Plaintiff, | § § § § | |
| V. | § § | CIVIL ACTION NO. 4:11-cv-1846 |
| KB LONE STAR, INC. F/K/A LONE STAR L.P. F/K/A KAUFMAN & BROAD LONE STAR, L.P.,<br>　　Defendants. | § § § § § | |

**ORDER GRANTING INDIAN HARBOR INSURANCE COMPANY'S
MOTION FOR SUMMARY JUDGMENT**

ON THIS DATE, the Court considered Plaintiff Indian Harbor Insurance Company's Motion for Summary Judgment. Having reviewed the Motion, the Court has determined that it is well-taken and should be GRANTED. Accordingly, the Court hereby enters this declaratory judgment finding that Indian Harbor Insurance Company owes no defense or indemnity obligation to Defendants for any of the claims or causes of action alleged in the underlying lawsuit for which coverage is sought.

ORDERED, ADJUDGED, and DECREED that Indian Harbor Insurance Company's Motion for Summary Judgment is granted in its entirety.

　　Signed this _____ day of _____, 2011.

_____
HONORABLE MELINDA HARMON
UNITED STATES DISTRICT JUDGE

**ORDER** – Page Solo