IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| INDIAN HARBOR INSURANCE COMPANY | § § § | |
|     Plaintiff, | § § | |
| V. | § § | CIVIL ACTION NO. 4:11-cv-1846 |
| KB LONE STAR, INC. F/K/A LONE STAR L.P. F/K/A KAUFMAN & BROAD LONE STAR, L.P., | § § § § | |
|     Defendants. | § | |

**PLAINTIFF, INDIAN HARBOR INSURANCE COMPANY'S APPENDIX
TO ITS MOTION FOR SUMMARY JUDGMENT**

The following is a list of documents referenced in the Declaration of Gary N. Schumann attached to this Appendix.

| Exhibit | Description | Appendix Pages |
|---|---|---|
| Exhibit 1 | Indian Harbor Insurance Policy<br>Policy No.: AIL022000044<br>Policy Period: October 18, 2000 to October 18, 2001 | IHIC App. 1 – 40 |
| Exhibit 2 | Plaintiffs' Eighth Amended Petition | IHIC App. 41 – 64 |
| Exhibit 3 | San Antonio Housing Authority's Ninth Amended Petition and First Amended Counterclaim | IHIC App. 65 – 96 |

                                               Respectfully Submitted,

                                               SAVRICK, SCHUMANN, JOHNSON,
                                               MCGARR, KAMINSKI & SHIRLEY, L.L.P.

                                         By:    s/ Gary N. Schumann
                                                Gary N. Schumann, Attorney-in-charge
                                                State Bar No. 17851930
                                                S.D. Tex. Bar No. 16415
                                                Camille Johnson

State Bar No. 10686600
S.D. Tex. Bar No. 16414
Jessica Marcoux Hall
State Bar No. 24046348
S.D. Tex. Bar No. 581907
Scott B. Herlihy
State Bar No. 24002262
S.D. Tex. Bar No. 22229
4330 Gaines Ranch Loop, Suite 150
Austin, Texas 78735
Phone: (512) 347-1604
Fax: (512) 347-1676

**ATTORNEYS FOR PLAINTIFF,
INDIAN HARBOR INSURANCE COMPANY**

## CERTIFICATE OF SERVICE

I hereby certify that on the 2nd day of September, 2011, I electronically filed the foregoing with the Clerk of Court using the CM/ECF System, which will send notification of such filing to the following:

Erik D. Buzzard
PALUMBO BERGSTROM LLP
17902 Von Karman Ave., Suite 500
Irvine, CA 92614

            s/ Gary N. Schumann
            Gary N. Schumann