IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| INDIAN HARBOR INSURANCE COMPANY | § § § | |
| Plaintiff, | § § | |
| vs. | § § | CIVIL ACTION NO. 4:11-cv-1846 |
| KB LONE STAR, INC. F/K/A LONE STAR AND L.P. F/K/A KAUFMAN & BROAD LONE STAR, L.P. | § § § § § | |
| Defendants. | § | |

## **DEFENDANTS' REQUEST FOR JUDICIAL NOTICE**

Defendants, **KB HOME Lone Star Inc., KB HOME Lone Star L.P., KB Lone Star, Inc., Lone Star, L.P., and Kaufman & Broad Lone Star, L.P.** (herein collectively "KB")**,** by and through their attorneys of record, hereby request the Court to take judicial notice pursuant to Federal Rule of Evidence 201 of the following documents:

Exhibit 1: Cause No. 2007-CI-05258, In the District Court of Bexar County, Texas, 408th Judicial District, *San Antonio Housing Authority v. Magi Realty, Inc. d/b/a Mirasol Joint Venture Team*, Plaintiff's Original Petition, filed April 9, 2007;

Exhibit 2: Cause No. 2007-CI-05258, In the District Court of Bexar County, Texas, 408th Judicial District, *San Antonio Housing Authority v. Magi Realty, Inc. d/b/a Mirasol Joint Venture Team*, Plaintiff's First Amended Petition, filed July 18, 2007;

Exhibit 3: Cause No. 2007-CI-05258, In the District Court of Bexar County, Texas, 408th Judicial District, *San Antonio Housing Authority v. Magi Realty, Inc. d/b/a Mirasol Joint Venture Team*, Plaintiff's Second Amended Petition, filed January 14, 2008;

Exhibit 4: Cause No. 2007-CI-05258, In the District Court of Bexar County, Texas, 408th Judicial District, *San Antonio Housing Authority v. Magi Realty, Inc. d/b/a Mirasol Joint Venture Team*, Plaintiff's Third Amended Petition, filed July 1, 2008;

Exhibit 5: Cause No. 2007-CI-05258, In the District Court of Bexar County, Texas, 408th Judicial District, *San Antonio Housing Authority v. Magi Realty, Inc. d/b/a Mirasol Joint Venture Team*, Plaintiff's Fourth Amended Petition, filed November 18, 2008;

Exhibit 6: Cause No. 2007-CI-05258, In the District Court of Bexar County, Texas, 408th Judicial District, *San Antonio Housing Authority v. Magi Realty, Inc. d/b/a Mirasol Joint Venture Team*, Plaintiff's Fifth Amended Petition, filed March 2, 2009;

Exhibit 7: Cause No. 2007-CI-05258, In the District Court of Bexar County, Texas, 408th Judicial District, *San Antonio Housing Authority v. Magi Realty, Inc. d/b/a Mirasol Joint Venture Team*, Plaintiff's Sixth Amended Petition, filed August 11, 2009;

Exhibit 8: Cause No. 2007-CI-05258, In the District Court of Bexar County, Texas, 408th Judicial District, *San Antonio Housing Authority v. Magi Realty, Inc. d/b/a Mirasol Joint Venture Team*, Plaintiff's Seventh Amended Petition, filed August 31, 2009;

Exhibit 9: Cause No. 2007-CI-05258, In the District Court of Bexar County, Texas, 408th Judicial District, *San Antonio Housing Authority v. Magi Realty, Inc. d/b/a Mirasol Joint Venture Team*, Plaintiff's Eighth Amended Petition, filed September 28, 2010;

Exhibit 10: Cause No. 2007-CI-05258, In the District Court of Bexar County, Texas, 408th Judicial District, *San Antonio Housing Authority v. Magi Realty, Inc. d/b/a Mirasol Joint Venture Team*, Plaintiff's Ninth Amended Petition, filed February 10, 2011;

Exhibit 11: Cause No. 2009-CI-08711, In the District Court of Bexar County, Texas, 288th Judicial District, *Jessie Arias, et al. v. K B Home, et al.*, Plaintiffs' Original Petition, filed May 28, 2009;

Exhibit 12: Cause No. 2009-CI-08711, In the District Court of Bexar County, Texas, 288th Judicial District, *Jessie Arias, et al. v. K B Home, et al.*, Plaintiffs' First Amended Petition, filed June 26, 2009;

Exhibit 13: Cause No. 2009-CI-08711, In the District Court of Bexar County, Texas, 288th Judicial District, *Jessie Arias, et al. v. K B Home, et al.*, Plaintiffs' Second Amended Petition, filed August 28, 2009;

Exhibit 14: Cause No. 2009-CI-08711, In the District Court of Bexar County, Texas, 288th Judicial District, *Jessie Arias, et al. v. K B Home, et al.*, Plaintiffs' Third Amended Petition, filed October 19, 2009;

Exhibit 15: Cause No. 2009-CI-08711, In the District Court of Bexar County, Texas, 288th Judicial District, *Jessie Arias, et al. v. K B Home, et al.*, Plaintiffs' Fourth Amended Petition, filed December 18, 2009;

Exhibit 16: Cause No. 2009-CI-08711, In the District Court of Bexar County, Texas, 288th Judicial District, *Jessie Arias, et al. v. K B Home, et al.*, Plaintiffs' Fifth Amended Petition, filed June 7, 2010;

Exhibit 17: Cause No. 2009-CI-08711, In the District Court of Bexar County, Texas, 288th Judicial District, *Jessie Arias, et al. v. K B Home, et al.*, Plaintiffs' Sixth Amended Petition, filed July 14, 2010;

Exhibit 18: Cause No. 2009-CI-08711, In the District Court of Bexar County, Texas, 288th Judicial District, *Jessie Arias, et al. v. K B Home, et al.*, Plaintiffs' Seventh Amended Petition, filed February 8, 2011;

Exhibit 19: Cause No. 2009-CI-08711, In the District Court of Bexar County, Texas, 288th Judicial District, *Jessie Arias, et al. v. K B Home, et al.*, Plaintiffs' Eighth Amended Petition, filed February 10, 2011;

Exhibit 20: Cause No. 2009-CI-08711, In the District Court of Bexar County, Texas, 288th Judicial District, *Jessie Arias, et al. v. K B Home, et al.*, Plaintiffs' Ninth Amended Petition, filed October 17, 2011;

Exhibit 21: Cause No. 2009-CI-08711, In the District Court of Bexar County,

Texas, 288th Judicial District, *Jessie Arias, et al. v. K B Home, et al.*, San Antonio Housing Authority's Notice of Non-Suit; filed August 4, 2011;

Exhibit 22:  Cause No. 2009-CI-08711, In the District Court of Bexar County, Texas, 288th Judicial District, *Jessie Arias, et al. v. K B Home, et al.*, Agreed Order of Dismissal with Prejudice, filed December 14, 2011;

Exhibit 23:  Cause No. 2010-CI-23181, In the District Court of Bexar County, Texas, 408th Judicial District, *Essex Insurance Company v. KB Home a/k/a KB Home, Inc., KB Home Lone Star, Inc.*, Essex's Motion for Summary Judgment, filed June 15, 2011;

Exhibit 24:  Cause No. 2010-CI-23181, In the District Court of Bexar County, Texas, 150th Judicial District, *Essex Insurance Company v. KB Home a/k/a KB Home, Inc., KB Home Lone Star, Inc.*, Notice of Ruling, issued September 7, 2011.

DATED: January 20, 2012

*/s/ Erik D. Buzzard*
By _____
ERIK D. BUZZARD
*ATTORNEY-IN-CHARGE*
Texas State Bar No. 24067954
Southern District Bar No. 1171053
PALUMBO BERGSTROM LLP
17901 Von Karman Ave., Suite 500
Irvine, CA 92614
Telephone: (877) 882-1979
Facsimile: (877) 251-1331
**ATTORNEYS FOR DEFENDANTS KB HOME Lone Star Inc., KB HOME Lone Star L.P., KB Lone Star, Inc., Lone Star, L.P., and Kaufman & Broad Lone Star, L.P.**

# CERTIFICATE OF SERVICE

I hereby certify that on January 20th 2012, an electronic form of **Defendant KB's Request for Judicial Notice** was provided to counsel named below through the Court's electronic filing system.

Gary N. Schumann,
4330 Gaines Ranch Loop,
Suite 150
Austin, Texas 78735
Phone: (512) 347-1604
Fax: (512) 347-1676
**Attorneys For Plaintiff,**
**Indian Harbor Insurance Company**

*/s/ Erik D. Buzzard*

_____
ERIK D. BUZZARD
Texas State Bar No. 24067954
Southern District Bar No. 1171053
PALUMBO BERGSTROM LLP
17901 Von Karman Ave., Suite 500
Irvine, CA 92614
Telephone: (877) 882-1979
Facsimile: (877) 251-1331
**ATTORNEYS FOR DEFENDANT, KB LONE STAR, INC., KB HOME, INC.**